# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|     Plaintiff-Appellee,  ) | |
| ) | |
| vs.  ) | RECORD NO. 13-4469 |
| ) | |
| EDWIN MALDONADO,  ) | |
|     Defendant-Appellant.  ) | |
| _____) | |

## APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED JOINT APPENDIX

Comes now your Appellant, Edwin Maldonado, by and through the undersigned counsel, and respectfully moves this Honorable Court for an order granting the Motion for Leave to File an Oversized Joint Appendix. In support of this Motion, counsel presents the following:

1. The Joint Appendix is oversized because it includes the entire jury trial transcript, which lasted approximately four days, as well as necessary trial exhibits for both parties.

2. The Joint Appendix is approximately 940 pages including covers and tables. It includes only materials mutually agreed upon by the parties involved as being essential to the Court's evaluation of the issues presented.

3.  Counsel for the Appellee has been consulted as to the filing of this Motion and has authorized the undersigned to represent that there will be no objection to the relief requested herein.

WHEREFORE, In light of the foregoing, Appellant respectfully requests permission to file an oversized Joint Appendix.

This the 14th day of March 2014.

                                                Respectfully submitted,

                                                /s/ R. Clarke Speaks
Attorney for Defendant
Speaks Law Firm
2808 Market Street
Post Office Box 2823
Wilmington, NC 28402
(910) 341-7570
Fax (910)-341-7571
Clarke@speakslaw.com
State Bar No. 24538

# CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2014 a copy of the foregoing **Unopposed Motion for Leave to File an Oversized Joint Appendix** has been served upon Counsel for the Appellee via the Court's ECF System:

> Jennifer May-Parker, Assistant United States Attorney
> OFFICE OF THE UNITED STATES ATTORNEY
> Federal Building
> 310 New Bern Avenue, Suite 800
> Raleigh, North Carolina 27601
> (919) 856-4530

>                     /s/ R. Clarke Speaks
>                     Attorney for Defendant
>                     Speaks Law Firm
>                     2808 Market Street
>                     Post Office Box 2823
>                     Wilmington, NC 28402
>                     (910) 341-7570
>                     Fax (910)-341-7571
>                     Clarke@speakslaw.com
>                     State Bar No. 24538